IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                                                    16-CR-178-FPG

JOEL HERNANDEZ-MARTINEZ,

          Defendant.

---

## INFORMATION

(8 U.S.C. § 1326(a) and (b)(1))

### COUNT 1

**The United States Attorney Charges That:**

On or about October 18, 2016, in the Western District of New York, the defendant, **JOEL HERNANDEZ-MARTINEZ**, an alien who had previously been deported and removed from the United States on or about June 5, 2013, on or about August 25, 2013, on or about September 5, 2013, and on or about March 7, 2014, subsequent to a felony conviction, specifically Misuse of a Passport, was found the United States, without having obtained the express consent of the Attorney General of the United States or her successor, the Secretary for Homeland Security, to reapply for admission to the United States.

**All in violation of Title 8, United States Code, Sections 1326(a) and 1326 (b)(1).**

DATED:   Buffalo, New York, January 30, 2017.

                                      JAMES P. KENNEDY, JR.
                                      Acting United States Attorney

BY:      _____
                                      BRIAN J. COUNIHAN
                                      Special Assistant U.S. Attorney
                                      United States Attorney's Office
                                      Western District of New York
                                      138 Delaware Avenue
                                      Buffalo, New York 14202
                                      716-843-5831
                                      brian.counihan@usdoj.gov