UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

          v.

JOEL HERNANDEZ-MARTINEZ,

          Defendant.
_____

**16-CR-178-FPG**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Frank P. Geraci, United States District Court Chief Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated April 18, 2017. |
| **RELIEF REQUESTED:** | Sealing of Defendant's Sentencing Memorandum. |
| **DATED:** | Buffalo, New York, April 19, 2017 |

          **/s/ Jeffrey T. Bagley**
          Jeffrey T. Bagley
          Assistant Federal Public Defender
          Federal Public Defender's Office
          300 Pearl Street, Suite 200
          Buffalo, New York 14202
          (716) 551-3341, (716) 551-3346 (Fax)
          jeffrey_bagley@fd.org
          *Counsel for Defendant Joel Hernandez-Martinez*

**TO:**    Brian J. Counihan
         Assistant United States Attorney

         Lindsay M. Maza
         United States Probation Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 16-CR-178-FPG |
| v. | **AFFIRMATION** |
| JOEL L. HERNANDEZ-MARTINEZ, | |
| Defendant. | |

_____

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Joel Hernandez-Martinez.

2. There is confidential information contained in the defendant's Sentencing Memorandum, and therefore, the defense is requesting that it be filed under seal.

**WHEREFORE**, it is respectfully requested that the defendant's Sentencing Memorandum be filed under seal.

**DATED**:     Buffalo, New York, April 18, 2017.

                                                Respectfully submitted,

                                                **/s/  Jeffrey T. Bagley**
                                                Jeffrey T. Bagley
                                                Assistant Federal Public Defender
                                                Federal Public Defender's Office
                                                300 Pearl Street, Suite 200
                                                Buffalo, New York 14202
                                                (716) 551-3341, (716) 551-3346 (Fax)
                                                jeffrey_bagley@fd.org
                                                *Counsel for Defendant Joel Hernandez-Martinez*

**TO:**  Brian J. Counihan
       Assistant United States Attorney

       Lindsay M. Maza
       United States Probation Officer

2